UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE
COMMISSION,

                     Plaintiff,

   v.

GOLDMAN, SACHS & CO. and
FABRICE TOURRE,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 10-CV-3229 (BSJ)

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT GOLDMAN, SACHS & CO.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Goldman, Sachs & Co., hereby certifies that as of July 16, 2010, it is directly or indirectly wholly owned by The Goldman Sachs Group, Inc., a publicly-traded company.

Dated:   New York, New York
           July 16, 2010

                                        /s/  Richard H. Klapper
                                        Richard H. Klapper
                                        Gandolfo V. DiBlasi
                                        Karen Patten Seymour
                                        Harsh N. Trivedi
                                        Christopher J. Dunne
                                        Jessica P. Stokes
                                        SULLIVAN & CROMWELL LLP
                                        125 Broad Street
                                        New York, New York 10004-2498
                                        Tel: (212) 558-4000
                                        Fax: (212) 558-3588

                                        *Counsel for Defendants Goldman, Sachs & Co.*