UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

       Plaintiff,

  v.

FABRICE TOURRE,

       Defendant.

10 Civ. 3229 (BSJ)(MHD)

---

**STIPULATION AND [PROPOSED] ORDER EXTENDING
THE DEADLINE FOR FOREIGN DISCOVERY**

WHEREAS the Court set a tentative deadline of November 18, 2011, for the completion of foreign discovery; and

WHEREAS the Court extended the deadline for the completion of foreign discovery to February 15, 2012, with the understanding that it would likely be necessary to further extend the deadline for depositions of one or more witnesses pursuant to Hague Convention Letters of Request to the courts of the Federal Republic of Germany; and

WHEREAS the Court extended the deadline for the completion of foreign discovery to May 15, 2012, with the understanding that it would likely be necessary to further extend the deadline for depositions of one or more witnesses pursuant to Hague Convention Letters of Request to the courts of the Federal Republic of Germany; and

WHEREAS the Court extended the deadline for the completion of foreign discovery to June 30, 2012, with the understanding that it would likely be necessary to further extend the deadline for depositions of one or more witnesses pursuant to Hague Convention Letters of Request to the courts of the Federal Republic of Germany; and

WHEREAS the Court extended the deadline for the completion of foreign discovery to September 30, 2012, with the understanding that it would likely be necessary to further extend the deadline for depositions of one or more witnesses pursuant to Hague Convention Letters of Request to the courts of the Federal Republic of Germany; and

WHEREAS the parties have identified six former or current employees of IKB Deutsche Industriebank AG whose depositions remain to be taken, either pursuant to Hague Convention Letters of Request or voluntarily; and

WHEREAS the parties are dependent on the actions of the officials and courts of Germany and the U.S. Consulate with regard to the execution of Letters of Request for depositions and the approval of voluntary depositions in that country;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the deadline for the completion of foreign discovery be extended to December 31, 2012.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the parties understand that the extension of the deadline for foreign discovery to December 31, 2012, is intended to enable the taking of the depositions of the above-referenced witnesses, and that it may be necessary to further extend the foreign discovery deadline to complete those depositions or to conduct other discovery that may be necessary in light of the Court's ruling on the SEC's motion filed June 15, 2012 for partial relief from the Court's June 10, 2011 partial dismissal order.

2

Dated: September 11, 2012

_R̲i̲c̲h̲a̲r̲d̲ ̲E̲.̲ ̲S̲i̲m̲p̲s̲o̲n̲_
Matthew T. Martens
Richard E. Simpson
Christian Schultz
Securities and Exchange
Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4492 (Simpson)
*Attorneys for Plaintiff*
*Securities and Exchange*
*Commission*

_P̲a̲m̲e̲l̲a̲ ̲R̲o̲g̲e̲r̲s̲ ̲C̲h̲e̲p̲i̲g̲a̲_
Pamela Rogers Chepiga
David C. Esseks
Andrew Rhys Davies
Brandon D. O'Neil
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
(212) 610-6300
*Attorneys for Defendant*
*Fabrice Tourre*

SO ORDERED: 9/11/12

_____
HON. MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

3