UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
   IN THE MATTER OF REASSIGNMENTS

           TO  THE                                         NOTICE OF REASSIGNMENTS

   HONORABLE KATHERINE B. FORREST (KBF)

-----------------------------------------X

   The following cases are to be reassigned to the calendar of the Honorable KATHERINE B. FORREST (KBF)

                    10 CV 3229

                    10 CV 6465

                    11 CV 9545

                    12 CV 0075

                    12 CV 1316

                    12 CV 3175

                    12 CV 5644

   The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of reassignment on all defendants.

Dated: 10/03/2012

                                        Ruby J. Krajick, CLERK

                                            PHYLLIS ADAMIK
                                        By: _____
                                              Deputy Clerk

cc: Attorneys of Record

Case 1:10-cv-03229-KBF-MHD   Document 150   Filed 10/03/12   Page 2 of 2