```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
SECURITIES AND EXCHANGE               :
COMMISSION,                           :       10 Civ. 3229 (KBF)
                                      :
               Plaintiff,             :       ORDER
                                      :
         -v-                          :
                                      :
FABRICE TOURRE,                       :
                                      :
               Defendant.             :
--------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: October 4, 2012

KATHERINE B. FORREST, District Judge:

    IT IS HEREBY ORDERED that the Order of Reference to a Magistrate Judge for General Pretrial purposes (Dkt. No. 26) is VACATED.

    All matters will proceed before Judge Forrest, including discovery disputes.

    The Clerk of the Court is directed to terminate the reference to the Magistrate Judge.

    SO ORDERED:

Dated:    New York, New York
          October 4, 2012

                              _____
                                KATHERINE B. FORREST
                            United States District Judge