


# ALLEN & OVERY

**BY HAND DELIVERY**

The Honorable Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel           212 610 6300
Fax           212 610 6399
Direct line   212 756 1125
Pamela.Chepiga@allenovery.com

October 18, 2012

Re:   **SEC v. Fabrice Tourre, Case No. 10-cv-3229 (KBF)**

Dear Judge Forrest:

We represent Defendant Fabrice Tourre in connection with the above-referenced action and write in response to the SEC's letter requesting that Your Honor move the trial date from July 15, 2013 to June 2013 due to potential scheduling issues of an unidentified expert.

As we informed Your Honor at last week's hearing, Mr. Tourre is currently enrolled in a doctoral program at the University of Chicago, and his exams for this academic year will be held in June and July 2013. We have confirmed with Mr. Tourre that the July 15 start date does not conflict with his exam schedule and that he intends to be present for the duration of the trial. We therefore respectfully request that the Court not change the July 15 trial date set at last week's hearing. We would certainly be flexible as to scheduling the unidentified expert's court appearance, should it be determined that he would provide admissible testimony.

Respectfully submitted,

Pamela Rogers Chepiga

Copy via email:   Matthew Martens, SEC
                  Richard Simpson, SEC
                  Christian Schultz, SEC

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Athens, Bangkok, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, Istanbul, Jakarta (associated office), London, Luxembourg, Madrid, Mannheim, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Sydney, Tokyo, Warsaw and Washington, D.C.