UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FABRICE TOURRE,<br><br>Defendant. | 10-cv-3229 (KBF)<br><br>MOTION FOR ADMISSION *PRO HAC VICE*<br><br>ECF CASE |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Bridget M. Fitzpatrick, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as additional counsel for Plaintiff U.S. Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bar of the District of Columbia and an inactive member of the bar of California, and there are no pending disciplinary proceedings against me in any state or federal court. Attached hereto is a copy of a certificate of good standing from the District of Columbia.

Dated:  January 28, 2013            Respectfully Submitted,

/s/ Bridget Fitzpatrick
Bridget M. Fitzpatrick
Assistant Chief Litigation Counsel
Division of Enforcement
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC   20549-5985
Tel.: (202) 551-4578
Fax:  (202) 772-9282
Email:  fitzpatrickbr@sec.gov

## CERTIFICATE OF SERVICE

I certify that on January 28, 2013, I electronically filed the foregoing MOTION FOR ADMISSION *PRO HAC VICE* using the CM/ECF system, which will send notification of such filing to the following email address:

Pamelachepiga@allenovery.com
Pamela Rogers Chepiga
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
Attorney for defendant Fabrice Tourre

/s/ Bridget Fitzpatrick
Bridget M. Fitzpatrick

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>    v.<br><br>FABRICE TOURRE,<br><br>           Defendant. | 12-cv-3229 (KBF)<br><br>ORDER FOR<br>ADMISSION *PRO HAC VICE*<br><br>ECF CASE |

The motion of Bridget M. Fitzpatrick for admission to practice *Pro Hac Vice* in the above captioned action is granted. Applicant has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is as follows:

   Applicant's Name: BRIDGET M. FITZPATRICK
   Firm Name: U.S. SECURITIES AND EXCHANGE COMMISSION
   Address: 100 F. Street N.E.
   City / State / Zip: Washington, DC 20549-5985
   Telephone: 202-551-4678
   Fax: 202-772-9282
   Email: fitzpatrickbr@sec.gov

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as additional counsel for Plaintiff U.S. Securities and Exchange Commission in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password.

Dated: _____

                                                            _____
                                                            United States District Judge