USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 1 1 2013

# ALLEN & OVERY



BY HAND DELIVERY

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, NY 10007

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel         212 610 6300
Fax         212 610 6399
Direct line  212 756 1125
pamela.chepiga@allenovery.com

April 8, 2013

Re:   SEC v. Fabrice Tourre, Case No. 10-cv-3229 (KBF)

Dear Judge Forrest:

We represent Defendant Fabrice Tourre in the above-referenced litigation.

As the Court is no doubt aware, as part of its opposition to Mr. Tourre's recent motion for partial summary judgment, the SEC filed an 80-paragraph "Separate Statement of Undisputed Material Facts" (the "Separate Statement"), see ECF No. 226, ¶¶ 146-226, the majority of which is substantially identical to the statement of undisputed material facts the SEC filed in support of its own motion for partial summary judgment, to which Mr. Tourre has already responded. See ECF No. 193. For the Court's convenience, we have enclosed herewith a copy of both documents.

Local Civil Rule 56.1 does not contemplate that a party opposing a summary judgment motion file a separate statement of undisputed material facts, providing only in subsection (b) that such a party can file "if necessary" a separate statement of additional material facts "as to which it is contended that there exists a genuine issue to be tried."

The Separate Statement should therefore be either stricken or disregarded. To the extent the Court wishes us to respond, we will obviously do so, and would respectfully request that the Court indicate a due date.

Respectfully submitted,

*Pamela Rogers Chepiga*
Pamela Rogers Chepiga

Enclosures

*Handwritten order:* Ordered. You are welcome to respond if you feel a need to. If so, provide any response by 4/17/13. ← B. ___  4/10/13

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Athens, Bangkok, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), London, Luxembourg, Madrid, Mannheim, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Sydney, Tokyo, Warsaw and Washington, D.C.

2

Copy via email:   Matthew Martens, SEC
                  Richard Simpson, SEC
                  Christian Schultz, SEC
                  Bridget Fitzpatrick, SEC