# Exhibit I

```
                                                                    1
  1

  2   UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
  3   ---------------------------------------x

  4   SECURITIES AND EXCHANGE COMMISSION,

  5                  Plaintiff,

  6        vs.

  7   FABRICE TOURRE,

  8                  Defendant.

  9   10-CV-3229(BSJ)(MHD)

 10   ---------------------------------------x

 11

 12          VIDEOTAPED DEPOSITION OF MUKESH BAJAJ

 13              Thursday, February 7, 2013

 14                     9:00 a.m.

 15                  New York, New York

 16

 17        Videotaped deposition of MUKESH BAJAJ,

 18   at the offices of Allen & Overy, LLP, 1221 Avenue

 19   of the Americas, New York, New York, before

 20   Christina Diaz, a Certified Realtime and Registered

 21   Merit Reporter and Notary Public within and for the

 22   State of New York.

 23

 24   REPORTED BY:

 25   Christina Diaz, CRR, RMR, CSR, CLR
```

```
                                                                    19
 1                        M. Bajaj
 2    fraction of my time on matters where CDOs and other
 3    similar instruments are at issue.
 4         Q.    So my question was, what if any training
 5    do you have in CDOs?
 6         A.    When I work on an issue and learn about
 7    an issue, that constitutes training in my mind.
 8    And that's why I answered the question the way I
 9    did.  Of course, I also told you about my training
10    as a financial economist.
11         Q.    Do you have any formal training in CDOs?
12         A.    I don't know what you mean by "formal
13    training."
14               Do you mean there is a degree program
15    that teaches about CDOs exclusively or something
16    like that?
17         Q.    Have you taken any classes on CDOs?
18         A.    No.  I have taught about CDOs in my
19    classes.
20         Q.    What classes have you taught about CDOs?
21         A.    In my financial engineering classes I
22    have discussed mortgage securitization, CDOs and
23    other credit derivatives and instruments.
24               And since 2007, every time I have taught
25    the securities design course at Haas, I have asked
```

```
                                                                    20
 1                         M. Bajaj
 2     students to independently research and make a
 3     presentation in the class on the credit crisis and
 4     discuss various instruments in connection with the
 5     credit crisis, including CDOs.
 6          Q.    How much of those classes is devoted to
 7     the topic of CDOs?
 8          A.    It varies, but -- and I change case
 9     materials from year to year.  And even when we are
10     talking about a certain topic in the class, there
11     is usually a discussion that is broader than that.
12     So I don't know that I can quantify for you exactly
13     what fraction of the time was spent talking about
14     mortgage markets generally or CDOs in particular.
15          Q.    How many times have you taught the
16     classes that touch on CDOs?
17          A.    As I said, since the credit crisis
18     started erupting in 2007, every time I have taught
19     the securities design course and financial
20     engineering, we have discussed various
21     mortgage-backed instruments in the class.
22          Q.    How many times have you taught those
23     classes?
24          A.    Well, I teach only once a year.  I
25     taught two classes in 2011, and I did not teach in
```

Mukesh Bajaj                                                    February 7, 2013
                          New York, NY

```
                                                              21
 1                        M. Bajaj
 2   2012.  So that would be 2007, '08, '09, '10, '11.
 3   So six classes.
 4            But the class in the MFE program would
 5   have been five times.
 6       Q.   So does that mean you have taught eleven
 7   classes on that topic -- that have touched on that
 8   topic?
 9       A.   I thought I told you five or six
10   courses, so I don't know what you mean by eleven
11   classes.
12       Q.   How many times -- how many classes have
13   you conducted where the topic of CDOs has been a
14   topic of discussion?
15       A.   So I have discussed the topic of CDOs in
16   my course at least five times; namely, five times
17   that I have taught the course.  Within each course,
18   I can't tell you how many times exactly I have
19   discussed the topic of CDOs.
20       Q.   Which five courses are those?
21       A.   I have taught the Securities Design
22   Course five times since 2007.  And each time I have
23   discussed the topic of mortgage market securities
24   including CDOs.
25       Q.   Do you have a syllabus for that class?
```

Mukesh Bajaj                                                    February 7, 2013

New York, NY

                                                                            40

```
 1                         M. Bajaj
 2   when you asked me if any of those matters pertain
 3   to CDOs, I want to clarify that if Goldman Sachs is
 4   part of the joint defense group, and in that manner
 5   it is involved in some matter, I don't recall any
 6   such detail.  But with that qualification, the
 7   answer to your most recent question is also no.
 8        Q.    When you say going back to your previous
 9   answer, what previous answer are you referring to?
10   The immediately previous question?
11        A.    Yes.  When you asked me whether in any
12   matters involving CDOs I have provided any expert
13   services to Goldman.
14        Q.    Other than this matter, are you
15   providing any expert services with regard to the
16   Abacus 2007-AC1 transaction?
17        A.    No.
18        Q.    Have you ever provided any services to
19   Paulson & Company?
20        A.    No.
21        Q.    What percentage of your income
22   approximately is derived from teaching as opposed
23   to the provision of expert services?
24        A.    Virtually none.  There are occasions
25   when I either give back or not accept compensation
```

Mukesh Bajaj                                                        February 7, 2013
                              New York, NY

                                                                         41

 1                          M. Bajaj
 2   for my teaching, so I get no income from my
 3   teaching.
 4        Q.    Prior to the financial crisis, had you
 5   done any work with regard to CDOs?
 6        A.    I don't recall providing any consulting
 7   services with regards to CDOs prior to 2007.
 8        Q.    Prior to 2007, had you done any teaching
 9   with regard to CDOs?
10        A.    I don't recall whether or not I
11   discussed mortgage-related securitizations as part
12   of one of my classes, but I don't think I focused
13   on CDOs.
14        Q.    Prior to 2007, did you have any training
15   with regard to CDOs?
16        A.    As I said, I'm trained as a financial
17   economist.  I have a Ph.D. in finance.  So I
18   obviously had training with regards to financial
19   economics, capital markets, valuation of various
20   complex securities.  So in that sense, yes.
21        Q.    But specifically with regard to CDOs,
22   prior to 2007 did you have any training about CDOs
23   specifically?
24        A.    Not that I can recall.
25        Q.    Prior to 2007, had you done any research

```
                                                              276
 1                         M. Bajaj
 2       Q.    We will come back to that one.
 3             In your exhibits that are labeled 10 to
 4   Exhibit 1 --
 5       A.    Okay.
 6       Q.    -- beginning with 10 A, do you know what
 7   the average FICO score in the reference portfolio
 8   underlying Abacus was?
 9       A.    I can't tell by looking at this chart or
10   from memory.  I know we have compared the averages
11   and they were very similar for Abacus as well as
12   comparable portfolios.
13       Q.    Setting aside their similarity, do you
14   know whether the average FICO score for the Abacus
15   portfolio was higher or lower than the FICO score
16   for your sample portfolio?
17       A.    I do know, regardless of which way the
18   two numbers went, they were not meaningfully
19   different; but I don't recall from memory what they
20   were.
21       Q.    When you say "meaningfully different,"
22   are you saying there was not a statistically
23   significant difference?
24       A.    Or any material economic difference,
25   given my understanding of the sensitivity of FICO
```

```
                                                                   277
 1                         M. Bajaj
 2   scores -- the sensitivity of ultimate delinquency
 3   based on FICO scores, and given the fact that
 4   distribution of FICO scores tends to be negatively
 5   correlated with distribution on, for example,
 6   loan-to-value.
 7             In other words --
 8        Q.   I'm not asking about materially economic
 9   difference.  I'm asking, was there a statistically
10   significant difference?
11        A.   There wasn't a statistically significant
12   difference.
13        Q.   Turning to 10 B, debt-to-income ratio.
14   Do you know whether the average debt-to-income
15   ratio for the Abacus portfolio was higher or lower
16   than the average debt-to-income ratio for the
17   sample portfolio?
18        A.   Again, I don't recall the average
19   numbers.  I know they were very similar.
20        Q.   Was there a statistically significant
21   difference between the two?
22        A.   I don't believe so.
23        Q.   Exhibit 10 C, do you know what the
24   average combined loan-to-value ratio for the Abacus
25   portfolio was as compared to the average
```

Mukesh Bajaj                                                                February 7, 2013
New York, NY

305

```
 1                       M. Bajaj
 2   out on deals that should have been part of that
 3   set, but he missed out on.
 4            So when we include them back in his set,
 5   that would be the correct set of comparables given
 6   his selection criteria.  And that's the set you get
 7   in the last step.
 8        Q.   So you believe that number 5 is the set
 9   that Mr. Davidson should have used in calculating
10   his set as he defined it?
11        A.   Yes.
12        Q.   And the mean percentage of cumulative
13   loss for that set is 27.05 percent; is that
14   correct?
15        A.   That is correct.
16        Q.   Do you know what the standard deviation
17   is on the set number 5?
18        A.   No.
19        Q.   Did you calculate that?
20        A.   No.
21        Q.   Do you know how many standard deviations
22   28.49 is from 27.05?
23        A.   No.  I do not know because I did not
24   calculate the standard deviation, and that would be
25   a meaningless calculation in any way.
```

312

# CERTIFICATE

STATE OF NEW YORK )
                  ) ss.
COUNTY OF NEW YORK)

I, Christina Diaz, a Certified Realtime and Registered Merit Reporter and Notary Public within and for the State of New York, do hereby certify:

That MUKESH BAJAJ, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage and that I am in no way interested in the outcome of this matter.

_____
CHRISTINA DIAZ, CRR, RMR, CSR, CLR

DEPOSITION OF: Dr. Mukesh Bajaj (February 7, 2013)
CASE: *SEC v. Fabrice Tourre*

## ERRATA SHEET

| PAGE / LINE | CHANGE | REASON |
|---|---|---|
| 23:8 | Change "$15 billion" to "$12 billion" | Correction |
| 23:9 | Change "seven" to "five" | Correction |
| 32:9 | Change "seven" to "five" | Correction |
| 34:13 | Change "concern" to "concerned" | Transcription error |
| 35:22 | Insert "a" between "of" and "financial" | Missing word |
| 45:6 | Remove quotes from "with"; the portion in quotes should read "like CDOs themselves" | Transcription error |
| 118:6 | Change "would be likely" to "would likely be" | Transcription error |
| 151:4, 151:7 | Change "AC" to "ACA" | Typographical error |
| 151:21 | Change "created" to "cited" | Transcription error |
| 164:14 | Insert "not" between "It's" and "one" | Missing word |
| 193:2 | Insert "and" between "on" and "on" | Missing word |
| 195:8 | Change "compensation" to "composition" | Opposing counsel misquotes Bajaj Report, dated December 20, 2012 |
| 211:21 | Change "Natalie" to "Nathalie" | Typographical error |
| 211:23 | Change "Mr." to "Ms." | Correction |
| 249:4-5 | Change "I had looked at both just for economy sake. I didn't produce even more charts." to "I had looked at both. Just for economy sake, I didn't produce even more charts." | Transcription error |
| 259:8, 259:16-17, 259:22, 261:3 | Change "risk model" to "RiskModel" | Transcription error |
| 301:4 | Insert after "Twice." the text "Upon checking subsequent to the deposition, I discovered that one of the two matters I had in mind concerned CDOs, while the second matter concerned hedge fund transfer pricing and rebalancing." | Clarification/Correction |

DEPOSITION OF: Dr. Mukesh Bajaj (February 7, 2013)
CASE: *SEC v. Fabrice Tourre*

| 301:19 | Insert "do" between "instructed to" and "so" | Missing word |
| --- | --- | --- |
| 301:19 | Insert "and" between "so" and "I'm" | Missing word |
| 305:24 | Insert "separately" after "standard deviation" | Clarification/Correction |

## CERTIFICATION

Under penalty of perjury, I declare that I have read the foregoing transcript of my deposition and except for any corrections or changes noted above, I hereby subscribe to the transcript as an accurate record of the statements made by me.

Dated: March 13, 2013

_____
Mukesh Bajaj, Ph.D.