

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET NE
WASHINGTON, D.C. 20549-4010

CHRISTIAN D.H. SCHULTZ
ASSISTANT CHIEF LITIGATION COUNSEL

DIVISION OF
ENFORCEMENT

DIRECT DIAL: (202) 551-4740
FACSIMILE:   (202) 772-9282



April 17, 2013

<u>Via Electronic Mail</u>
Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE:  **U.S. Securities and Exchange Commission v. Fabrice Tourre**
     **Civil Action No. 10 CV 3229 (KBF)**

Dear Judge Forrest:

I write to inquire about the hearing scheduled for 10:00 a.m. on Friday, April 26, 2013. The parties have briefed the following motions on a schedule that would allow them all to be heard at the April 26 hearing. We were not sure how much time has been set aside for the hearing and whether you intend to hear argument on all motions or only a select few, and, if the latter, which motions the parties should plan on presenting to the Court.

1. SEC's Motion for Partial Summary Judgment
2. Tourre's Motion for Partial Summary Judgment
3. SEC's *Daubert* Motion to Exclude Charles Cox
4. SEC's *Daubert* Motion to Exclude Mukesh Bajaj
5. Tourre's *Daubert* Motion to Exclude Ira Wagner
6. Tourre's *Daubert* Motion to Limit Dwight Jaffee
7. Tourre's *Daubert* Motion to Limit Andrew Davidson
8. Tourre's Motion to Preclude January 17 Recording
9. Tourre's Motion to Preclude IKB Declaration & Witnesses

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 8 2013

Thank you, in advance, for your time and consideration of this inquiry. We look forward to the April 26 hearing.

Respectfully,

*Christian D.H. Schultz*

Christian D. H. Schultz
Assistant Chief Litigation Counsel

cc: All Counsel of Record (via electronic mail)

---

*Handwritten order:*

Ordered

The parties should be prepared to address motion nos. 1, 2, 8 and 9 above.

The Court will attempt to send specific questions early on Tues. 4/23/13. The Court has set aside a total of 3 hours.

K. B. Forrest
USDJ         4/18/13