UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
SECURITIES AND EXCHANGE :
COMMISSION, :
:
                        Plaintiff, :
:
      -v- :
:
FABRICE TOURRE, :
:
                      Defendant. :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 2 9 2013

10 Civ. 3229 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

As discussed at the hearing of April 26, 2013, it is hereby

ORDERED that:

1. For the reasons set forth on the record, defendant's motion to preclude the January 17, 2013, call is DENIED.

2. Discovery is reopened for matters relating to that call and for the deposition of Mr. Schirmer, should he consent to be deposed in the United States.

3. The SEC shall, not later than **Wednesday, May 1, 2013**, report back to the Court on the universe of tapes of ACA telephone calls available to the SEC and the dates by which those tapes can be produced to defendant.

4. The parties shall submit their witness list not later than **June 7, 2013**, including a very brief description of the reason for calling the witness after the name of each witness listed.

5. The parties shall appear for a status conference on **June 10, 2013, 1:00 p.m.**

6. The parties shall submit joint pretrial materials (as required the Court's individual practices) not later than **July 1, 2013**.

7. The parties shall appear for a final pretrial conference on **July 9, 2013, at 10:00 a.m.**

8. Motions in limine shall be brought at any time, except that any motions in limine shall be fully briefed not later than **July 3, 2013**.

   The Clerk of Court is directed to terminate the motion at ECF No. 208.

   SO ORDERED.

Dated:   New York, New York
         April 29, 2013

                                                    _____
                                                    KATHERINE B. FORREST
                                                    United States District Judge