AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Securities and Exchange Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 10-cv-3229 (KBF) |
| Fabrice Tourre | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Fabrice Tourre

Date: 05/13/2013

*Attorney's signature*

John P. Coffey
*Printed name and bar number*

Law Office of John P. Coffey
1350 Avenue of the Americas, 2nd Floor
New York, NY 10019
*Address*

seancoffey78@gmail.com
*E-mail address*

(646) 790-8988
*Telephone number*

(712) 257-6441
*FAX number*