UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| | : 10 Civ. 3229 (KBF) |
| v. | : |
| | : ECF Case |
| FABRICE TOURRE, | : |
| Defendant. | : |

---

## NOTICE OF SEC'S MOTION *IN LIMINE* PURSUANT TO FEDERAL RULE OF EVIDENCE 611

Pursuant to Federal Rule of Evidence 611, the Securities and Exchange Commission moves the Court to permit the Commission to employ leading questions during the direct examination of certain witnesses. The reasons supporting this motion are stated in the accompanying Memorandum of Law.

Dated:  Washington, D.C.
        May 21, 2013

Respectfully submitted,

/s/ *Bridget Fitzpatrick*
Matthew T. Martens
Richard E. Simpson
Christian D. H. Schultz
Bridget Fitzpatrick
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4481 (Martens)
(202) 772-9292 (fax)
martensm@sec.gov

## CERTIFICATE OF SERVICE

I certify that on May 21, 2013, I directed the foregoing NOTICE OF SEC'S MOTION *IN LIMINE* PURSUANT TO FEDERAL RULE OF EVIDENCE 611 to be filed using the CM/ECF system, which will send notification of such filing to the following email address:

Pamelachepiga@allenovery.com
Pamela Rogers Chepiga
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020

seancoffey78@gmail.com
John Patrick Coffey
Law Office of John P. Coffey
1350 Avenue of the Americas, 2d Floor
New York, NewYork 10019

Attorneys for defendant Fabrice Tourre

/s/ *Bridget Fitzpatrick*
Bridget Fitzpatrick