UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

SECURITIES AND EXCHANGE
COMMISSION,

                       Plaintiff,

        -v-

FABRICE TOURRE,

                      Defendant.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 1 2013

10 Civ. 3229 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

As discussed on the record at the conference of June 10, 2013, it is hereby ORDERED that:

1. The SEC's request to reopen discovery to permit a deposition of Mr. Bautnecht is DENIED for the reasons set forth on the record;

2. Tourre's motion to preclude testimony from individuals connected to IKB who have not been made available for deposition during discovery (ECF No. 188) is GRANTED for the reasons set forth on the record;

3. The SEC's motion to preclude the expert testimony of Charles Cox (ECF No. 195) is GRANTED for the reasons set forth on the record;

4. Tourre's motion to preclude argument concerning the causes of the financial crisis and recession (ECF No. 290) is GRANTED on consent based upon the representations made by the SEC on the record; and

1

5. Tourre's motion to preclude any reference to the Goldman Sachs & Co. settlement (ECF No. 299) is GRANTED on consent, based upon the representations made by the SEC on the record.

The Clerk of Court is directed to terminate the motions at ECF Nos. 188, 195, 290, and 299.

SO ORDERED.

Dated: New York, New York
June 11, 2013

                                            KATHERINE B. FORREST
                                            United States District Judge