# ALLEN & OVERY

BY EMAIL

Hon. Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street, Room 730
New York, NY 10007
ForrestNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 4 2013

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel         212 610 6300
Fax         212 610 6399
Direct line 212 756 1151
andrew.rhys.davies@allenovery.com

June 12, 2013

Re:   **SEC v. Fabrice Tourre, Case No. 10-cv-3229 (KBF)**

Dear Judge Forrest:

Together with the Law Office of John P. Coffey, we represent Defendant Fabrice Tourre in the above-referenced litigation. In advance of Friday's argument on the SEC's Motion *In Limine* To Preclude Defendant Fabrice Tourre From Offering Evidence Or Argument At Trial That He Reasonably Relied on Advice of Counsel, we respectfully draw to the Court's attention the following two items.

First, in its Reply Memorandum filed earlier this afternoon, the SEC references the fact that we filed Goldman's Firmwide Capital Committee Memorandum (Exhibit 4 to the June 7, 2013 Declaration of Pamela Rogers Chepiga) in redacted form. We will bring a copy of the unredacted document, which the SEC has, to argument on Friday, so that the Court can review it *in camera*, and see that, subject to one redaction that Goldman made on the ground of privilege, the redactions the SEC references were made for client confidentiality reasons because the document addresses transactions with other Goldman clients that are unrelated to AC1.

Second, we feel constrained to alert the Court that the SEC's Reply Memorandum cites to *Spirt v. Bechtel*, 232 F.2d 241 (2d Cir. 1956), without stating that it is relying on a dissenting opinion. We respectfully draw to the Court's attention the concurring opinion of Judge Lumbard. *See id.* at 249-50.

ORDERED
Post on Docket
6/14/13
K. B. Forrest
Katherine B. Forrest, USDJ

Respectfully submitted,

Andrew Rhys Davies
Andrew Rhys Davies

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Athens, Bangkok, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), London, Luxembourg, Madrid, Mannheim, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Sydney, Tokyo, Warsaw and Washington, D.C.

Copies via email to:

    John P. Coffey

    Matthew T. Martens, SEC
    Richard E. Simpson, SEC
    Christian D.H. Schultz, SEC
    Bridget Fitzpatrick, SEC