# ALLEN & OVERY

Honorable Katherine B. Forrest
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel:212 610 6300
Fax:212 610 6399
Email: pamela.chepiga@allenovery.com

Our ref       /0018147-0000152 NY:16974472.2

June 12, 2013

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 4 2013

Re: SEC v. Tourre 10 CV 3229 (KBF)

Dear Judge Forrest:

We write to update the Court on a telephone call we had this afternoon with Trevor Welch of the Kasowitz Benson firm. Mr. Welch, who represents both ACA in its ongoing civil litigation against Goldman Sachs and Lucas Westreich as a trial witness in this litigation, informed us that he has just been retained to represent another trial witness, Keith Gorman. Mr. Gorman was ACA's CDO Portfolio Manager on the Abacus 2007-AC1 transaction.

As Your Honor is aware, Mr. Tourre intends to call Keith Gorman as a trial witness. A trial subpoena for his testimony was accepted on November 19, 2012 by his prior counsel, Paul Leder at the Richards Kibbe & Orbe firm. In this afternoon's call, in addition to notifying us of his new representation, Mr. Welch informed us that Mr. Gorman has moved to London. He also informed us that he cannot assure us that Mr. Gorman will appear at trial but, as new counsel, is researching and considering the matter. Given the importance of Mr. Gorman as a trial witness and the approaching trial date, we thought it prudent to bring this matter to your attention.

Respectfully submitted,

*Pamela Rogers Chepiga*
**Pamela Rogers Chepiga**

Ordered

Post to docket.

6/14/13     K.B. Forrest
              USDJ

cc:   John P. Coffey
      Matthew T. Martens
      Richard E. Simpson
      Christian D. H. Schultz
      Bridget Fitzpatrick
      Trevor Welch

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Athens, Bangkok, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Dusseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), London, Luxembourg, Madrid, Mannheim, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Sydney, Tokyo, Warsaw and Washington, D.C.