UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SECURITIES AND EXCHANGE COMMISSION,

                          Plaintiff,

                      v.

FABRICE TOURRE,

                          Defendant.
_____

10 Civ. 3229 (KBF)

ECF Case

## NOTICE OF SEC'S MOTION *IN LIMINE* TO PRECLUDE EVIDENCE OR ARGUMENT PERTAINING TO THE SEC'S FAIR FUND DISTRIBUTION, OIG REPORT, INVESTIGATIVE STEPS, AND CHARGING DECISIONS

Pursuant to Federal Rules of Evidence 401 and 403, the Securities and Exchange Commission moves the Court to preclude the admission of evidence or argument pertaining to the SEC's Fair Fund distribution, the OIG Report, the SEC's investigative decisions, and the SEC's charging decisions. The reasons supporting this motion are stated in the accompanying Memorandum of Law.

Dated: Washington, D.C.
         June 17, 2013

Respectfully submitted,

/s/ *Bridget Fitzpatrick*
Matthew T. Martens
Richard E. Simpson
Christian D. H. Schultz
Bridget Fitzpatrick
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4481 (Martens)
(202) 772-9292 (fax)
martensm@sec.gov

# CERTIFICATE OF SERVICE

I certify that on June 17, 2013, I arranged for hand service and electronically filed the foregoing NOTICE OF SEC'S MOTION IN LIMINE TO PRECLUDE EVIDENCE OR ARGUMENT PERTAINING TO THE SEC'S FAIR FUND DISTRIBUTION, OIG REPORT, INVESTIGATIVE STEPS, AND CHARGING DECISIONS using the CM/ECF system, which will send notification of such filing to the following email address:

Pamelachepiga@allenovery.com
Pamela Rogers Chepiga
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
Attorney for defendant Fabrice Tourre

seancoffey78@gmail.com
John Patrick Coffey
Law Office of John P. Coffey
1350 Avenue of the Americas, 2d Floor
New York, New York 10019
Attorney for defendant Fabrice Tourre

/s/ Bridget Fitzpatrick
Bridget Fitzpatrick