UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : | |
| Plaintiff, | : : | Civil Action No. 10 Civ. 3229 (KBF) |
| - against - | : : | ECF Case |
| FABRICE TOURRE, | : : | **NOTICE OF MOTION** |
| Defendant. | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that, upon the attached declaration of Keith Gorman, dated June 17, 2013, the exhibit annexed thereto, the accompanying memorandum of law, and all prior proceedings had herein, non-party Keith Gorman, by his attorneys Kasowitz, Benson, Torres & Friedman LLP, hereby moves this Court, before the Honorable Katherine B. Forrest, United States District Court of the Southern District of New York, at Courtroom 15A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, for an order pursuant to Rule 45(c)(3)(A)(ii) of the Federal Rules of Civil Procedure quashing the trial subpoena served on him by defendant Fabrice Tourre. The motion shall be heard on a date and at a time directed by the Court.

Dated: New York, New York
June 17, 2013

                               KASOWITZ, BENSON, TORRES
                                & FRIEDMAN LLP

                               By: /s/ Trevor J. Welch
                                   Trevor J. Welch  twelch@kasowitz.com
                                   Kara F. Headley  kheadley@kasowitz.com
                               1633 Broadway
                               New York, New York  10019
                               (212) 506-1700

                               *Attorneys for Non-Party Keith Gorman*

TO:    Pamela R. Chepiga, Esq.
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York  10020
*Counsel for Defendant Fabrice Tourre*

-and-

Matthew Martens, Esq.
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC  20549