UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

      v.

FABRICE TOURRE,

              Defendant.

10 Civ. 3229 (KBF)

ECF Case

---

## NOTICE OF SEC'S MOTION *IN LIMINE* TO PRECLUDE ARGUMENT OR EVIDENCE PERTAINING TO STATEMENTS BY GOVERNMENT REGULATORS ABOUT THE HOUSING MARKET

Pursuant to Rules 401, 403 and 802 of the Federal Rules of Evidence, the Securities and Exchange Commission moves the Court to preclude the admission of argument or evidence pertaining to the statements of government regulators about the housing market. The reasons supporting this motion are stated in the accompanying Memorandum of Law.

Dated: Washington, D.C.
       June 18, 2013

Respectfully submitted,

/s/ *Richard E. Simpson*
Matthew T. Martens
Richard E. Simpson
Christian D. H. Schultz
Bridget Fitzpatrick
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4481 (Martens)
(202) 772-9292 (fax)
martensm@sec.gov

**CERTIFICATE OF SERVICE**

I certify that on June 18, 2013, I arranged for hand service and electronically filed the foregoing NOTICE OF THE SEC'S MOTION IN LIMINE TO PRECLUDE ARGUMENT OR EVIDENCE PERTAINING TO STATEMENTS BY GOVERNMENT REGULATORS ABOUT THE HOUSING MARKET using the CM/ECF system, which will send notification of such filing to the following email addresses:

Pamelachepiga@allenovery.com
Pamela Rogers Chepiga
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
Attorney for defendant Fabrice Tourre


seancoffey78@gmail.com
John Patrick Coffey
Law Office of John P. Coffey
1350 Avenue of the Americas, 2d Floor
New York, New York 10019
Attorney for defendant Fabrice Tourre


/s/ *Richard E. Simpson*
Richard E. Simpson