# Exhibit 1

```
                                                                    Page 220

 1   UNITED STATES DISTRICT COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   ----------------------------------------x

 4   SECURITIES AND EXCHANGE COMMISSION,

 5                    Plaintiff,

 6        vs.

 7   FABRICE TOURRE,

 8                    Defendant.

 9   10-CV-3229(BSJ)(MHD)

10   ----------------------------------------x

11

12

13

14         CONTINUED VIDEOTAPED DEPOSITION OF

15                  PAOLO PELLEGRINI

16              Tuesday, March 15, 2011

17                 New York, New York

18

19

20

21

22

23

24   REPORTED BY:

25   Christina Diaz, RPR, CSR, CLR
```

```
                                                          Page 233
 1                      P. Pellegrini
 2              (Pellegrini Exhibit 103, Article from
 3         Bloomberg.com entitled Greenspan Says Worst
 4         of U.S. Housing Slowdown Is Over, two pages,
 5         was marked for identification)
 6    BY MS. ROGERS CHEPIGA:
 7         Q.    Mr. Paulson, would you take a moment to
 8    read 103.  I'm going to ask you questions about the
 9    top three paragraphs -- top four paragraphs.
10         A.    Yes.
11         Q.    Mr. Pellegrini, according to Bloomberg,
12    Alan Greenspan, the long-term Federal Reserve
13    chairman said at a conference in Toronto on
14    February 14, 2007 that, "As to the housing
15    slowdown, 'I think the worst is behind us.'"
16               Was that contrary to your view on
17    February 14, 2007?
18         A.    Yes, it was.
19         Q.    And the Bloomberg article in front of
20    you also reports that Ben Bernanke, the
21    then-president of the Federal Reserve Bank, told
22    the Senate Banking Committee that the drag from
23    housing is diminishing.
24               Do you see that?
25               MR. REISNER:  Objection.
```

```
                                                        Page 234
 1                      P. Pellegrini
 2            You may answer.
 3       A.   Yes.
 4   BY MS. ROGERS CHEPIGA:
 5       Q.   And was that contrary to your view?
 6       A.   Well, it was not -- we didn't have a
 7   particular view on the effect of housing on the
 8   economy.  So that's a little --
 9       Q.   Thank you.
10            According to Bloomberg, on January 31st,
11   the Fed, after a meeting of the Federal Open Market
12   Committee, made a public statement that the housing
13   market was showing some tentative signs of
14   stabilization.
15            Did you share that view --
16            MR. REISNER:  Objection.
17   BY MS. ROGERS CHEPIGA:
18       Q.   -- that the housing market was showing
19   signs of stabilization?
20            MR. REISNER:  Objection.  Foundation,
21       relevance.
22       A.   No.  We did not share that view.
23   BY MS. ROGERS CHEPIGA:
24       Q.   Do you recall comments made on March 13,
25   2007 by the United States treasury secretary, Henry
```

Paolo Pellegrini                                                    March 15, 2011
New York, NY

Page 235

```
 1                    P. Pellegrini
 2   Paulson, about the housing market?
 3       A.    I do not.
 4       Q.    Is Henry Paulson, the former United
 5   States treasury secretary, related to John Paulson?
 6       A.    Not to my knowledge.
 7            MS. ROGERS CHEPIGA:  May we mark as
 8       Exhibit 104 this Reuters report.
 9            (Pellegrini Exhibit 104, Article from
10       Reuters entitled Housing Woes Not Affecting
11       Economy: Paulson, two pages, was marked for
12       identification)
13   BY MS. ROGERS CHEPIGA:
14       Q.    Do you have Exhibit 104 in front of you?
15       A.    Yes.
16       Q.    Is that a Reuters news release?
17       A.    Yes.
18       Q.    If you look at the third and fourth
19   paragraphs of that news release, do you see
20   quotations from US treasury secretary Henry
21   Paulson?
22       A.    Yes.
23       Q.    And is Mr. Paulson quoted as saying, "We
24   have had a significant housing correction in the
25   US.  You can't have a correction like that without
```

```
                                                            Page 236
 1                       P. Pellegrini
 2    causing some dislocations.  It's too early to tell
 3    whether it's bottomed.  I believe it has.
 4              "The US treasury chief said, 'It
 5    shouldn't be a surprise to anyone that there is
 6    some fallout in the subprime mortgage market...but
 7    it's largely contained.'"
 8              Do you see that report of US treasury
 9    secretary Paulson's remarks in the Reuters news
10    release?
11              MR. REISNER:  Objection.  Foundation
12         relevance.
13         A.   I do.
14    BY MS. ROGERS CHEPIGA:
15         Q.   Mr. Pellegrini, you testified earlier
16    that there was significant debate in the financial
17    community as to the future of housing prices?
18              MR. REISNER:  Objection.  Foundation.
19    BY MS. ROGERS CHEPIGA:
20         Q.   Is that correct?
21         A.   Well, I'm not sure.  So essentially
22    there was a mainstream view that housing prices
23    were stable and never sort of declined in the
24    history of the United States.  And then there were
25    other sort of less common views, including ours,
```

```
 1                    C E R T I F I C A T E

 2

 3    STATE OF NEW YORK )

 4                     ) ss.

 5    COUNTY OF NEW YORK)

 6

 7           I, Christina Diaz, a Certified and

 8    Registered Professional Reporter and Notary Public

 9    within and for the State of New York, do hereby

10    certify:

11           That PAOLO PELLEGRINI, the witness whose

12    deposition is hereinbefore set forth, was duly

13    sworn by me and that such deposition is a true

14    record of the testimony given by such witness.

15           I further certify that I am not related

16    to any of the parties to this action by blood or

17    marriage and that I am in no way interested in the

18    outcome of this matter.

19

20

21                       _____
                         CHRISTINA DIAZ, CSR, RPR
22

23

24

25
```