UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : 10 Civ. 3229 (KBF) |
| FABRICE TOURRE, | : ECF Case |
| Defendant. | : |

---

**NOTICE OF SEC'S MOTION *IN LIMINE* TO
PRECLUDE CERTAIN ARGUMENT OR
EVIDENCE REGARDING PAULSON & CO., INC.**

Pursuant to Rules 401 and 403 of the Federal Rules of Evidence, the Securities and Exchange Commission moves the Court to preclude the admission of certain argument or evidence regarding Paulson & Co., Inc. The reasons supporting this motion are stated in the accompanying Memorandum of Law.

Dated:  Washington, D.C.
        June 18, 2013

Respectfully submitted,

/s/ *Richard E. Simpson*
Matthew T. Martens
Richard E. Simpson
Christian D. H. Schultz
Bridget Fitzpatrick
Attorneys for Plaintiff
Securities and Exchange
Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4481 (Martens)
(202) 772-9292 (fax)
martensm@sec.gov

**CERTIFICATE OF SERVICE**

I certify that on June 18, 2013, I arranged for hand service and electronically filed the foregoing NOTICE OF THE SEC'S MOTION IN LIMINE TO PRECLUDE CERTAIN ARGUMENT OR EVIDENCE REGARDING PAULSON & CO., INC. using the CM/ECF system, which will send notification of such filing to the following email addresses:

Pamelachepiga@allenovery.com
Pamela Rogers Chepiga
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020
Attorney for defendant Fabrice Tourre

seancoffey78@gmail.com
John Patrick Coffey
Law Office of John P. Coffey
1350 Avenue of the Americas, 2d Floor
New York, New York 10019
Attorney for defendant Fabrice Tourre

/s/ *Richard E. Simpson*
Richard E. Simpson