UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

                     10 Civ. 3229 (KBF)

        v.

                     ECF Case

FABRICE TOURRE,

                Defendant.
_____


## NOTICE OF SEC'S MOTION *IN LIMINE* TO PRECLUDE TOURRE FROM CALLING THE SEC'S REBUTTAL EXPERT

      Pursuant to Rules 401 and 403 of the Federal Rules of Evidence, the Securities and Exchange Commission moves the Court preclude defendant Fabrice Tourre from calling the SEC's rebuttal expert, Andrew Davidson, in his case-in-chief. The reasons supporting this motion are stated in the accompanying Memorandum of Law.


Dated:  Washington, D.C.
         June 19, 2013

Respectfully submitted,

/s/ *Christian D. H. Schultz*
Matthew T. Martens
Richard E. Simpson
Christian D. H. Schultz
Bridget Fitzpatrick
Attorneys for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4740 (Schultz)
(202) 772-9292 (fax)
schultzc@sec.gov

## CERTIFICATE OF SERVICE

I certify that on June 19, 2013, I directed the foregoing NOTICE OF SEC'S MOTION *IN LIMINE* TO PRECLUDE TOURRE FROM CALLING THE SEC'S REBUTTAL EXPERT to be electronically filed using the CM/ECF system, which will send notification of such filing to the following email addresses:

Pamelachepiga@allenovery.com
Pamela Rogers Chepiga
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020

seancoffey78@gmail.com
John Patrick Coffey
Law Office of John P. Coffey
1350 Avenue of the Americas, 2d Floor
New York, New York 10019

Attorneys for defendant Fabrice Tourre

/s/ *Christian D. H. Schultz*
Christian D. H. Schultz