UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x
SECURITIES AND EXCHANGE           :
COMMISSION,                       :   Civil Action
                                  :   No.: 10-cv-3229 (KBF)
            Plaintiff,            :
                                  :   ELECTRONICALLY FILED
        v.                        :
                                  :
FABRICE TOURRE,                   :
                                  :
            Defendant.            :
---------------------------------------- x

## DECLARATION OF PAMELA ROGERS CHEPIGA IN OPPOSITION TO KEITH GORMAN'S MOTION TO QUASH THE TRIAL SUBPOENA

PAMELA ROGERS CHEPIGA, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am an attorney duly admitted to practice before this Court and I am a partner at Allen & Overy LLP ("Allen & Overy"), attorneys for defendant Fabrice Tourre in the above-captioned action. I respectfully submit this declaration in opposition to Keith Gorman's Motion to Quash the Trial Subpoena.

2. On June 12, 2013, I and my colleagues at Allen & Overy had a telephonic call with Trevor Welch, counsel for Mr. Gorman on which call Mr. Welch informed us for the first time that Mr. Gorman had moved out of the country.

3. Allen & Overy's review of the newly produced ACA audio files, including 1,200 audio files that were just produced on June 10, 2013, is ongoing and will not be completed for another two to three weeks. Of the ACA audio files recently produced, approximately 1,700 are from Mr. Gorman's recorded line at ACA.

4. As of the date of filing this opposition, the SEC has declined to confirm that it

will not seek to introduce additional ACA audio recordings, other than the January 17 Call.

5. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the June 14, 2013 hearing before the Court.

Dated: New York, New York
June 20, 2013

                                                  /s/ Pamela Rogers Chepiga
                                                   Pamela Rogers Chepiga