UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

        v.

FABRICE TOURRE,

                Defendant.

10 Civ. 3229 (KBF)

ECF Case

---

**NOTICE OF SEC'S MOTION TO QUASH TOURRE'S RULE 45 SUBPOENA
SEEKING PRODUCTION OF LAW ENFORCEMENT PRIVILEGE MATERIALS
THAT THE COURT ALREADY RULED TOURRE COULD NOT OBTAIN**

Pursuant to Rule 45(c)(3)(A)(iii) of the Federal Rules of Civil Procedure and this Court's June 4, 2013 Order (Dkt. 303), the Securities and Exchange Commission moves the Court to quash the trial subpoena that defendant Fabrice Tourre served on the SEC seeking production of irrelevant Wells materials that are protected from discovery by the law enforcement privilege and that the Court already ruled Tourre could not discover. The reasons supporting this motion are stated in the accompanying Memorandum of Law.

Dated:  June 26, 2013

                                                        Respectfully submitted,

                                                        /s/ *Christian D. H. Schultz*
                                                        Matthew T. Martens
                                                        Richard E. Simpson
                                                        Christian D. H. Schultz
                                                        Bridget Fitzpatrick
                                                        Attorneys for Plaintiff
                                                        Securities and Exchange Commission
                                                        100 F Street, N.E.
                                                        Washington, D.C. 20549
                                                        (202) 551-4740 (Schultz)
                                                        (202) 772-9292 (fax)
                                                        schultzc@sec.gov

## CERTIFICATE OF SERVICE

I certify that on June 26, 2013, I directed the foregoing NOTICE OF SEC'S MOTION TO QUASH TOURRE'S RULE 45 SUBPOENA SEEKING PRODUCTION OF LAW ENFORCEMENT PRIVILEGE MATERIALS THAT THE COURT ALREADY RULED TOURRE COULD NOT OBTAIN to be filed using the CM/ECF system, which will send notification of such filing to the following email addresses:

Pamelachepiga@allenovery.com
Pamela Rogers Chepiga
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020

seancoffey78@gmail.com
John Patrick Coffey
Law Office of John P. Coffey
1350 Avenue of the Americas, 2d Floor
New York, NewYork 10019

Attorneys for defendant Fabrice Tourre

/s/ *Christian D. H. Schultz*
Christian D. H. Schultz