UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

    -v-

FABRICE TOURRE,

                Defendant.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 7 2013

10 Civ. 3229 (KBF)

MEMORANDUM & ORDER

KATHERINE B. FORREST, District Judge:

On April 29, 2013, the Court set July 3, 2013, as the date by which any motions in limine had to be fully briefed. Between May 29 and June 26, 2013, the parties to this action as well as certain nonparties filed numerous motions. Ten of those motions remain open, and of those ten, only two are fully briefed. In light of this onslaught of eleventh-hour motion practice, it is hereby

ORDERED that no additional motions in limine shall be filed except for good cause. The parties are reminded that all open motions shall be deemed fully submitted **C.O.B. on July 3, 2013**.

IT IS FURTHER ORDERED that the parties shall, not later than **5:00 p.m. July 3, 2013**, submit courtesy copies of all supporting and opposing papers to any open motions directly to chambers.

SO ORDERED.

Dated:   New York, New York
         June 27, 2013

_____
KATHERINE B. FORREST
United States District Judge