```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/1/13__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
SECURITIES AND EXCHANGE            :
COMMISSION,                        :   Civil Action
:   No.: 10-cv-3229 (KBF)
Plaintiff,       :
:   PROPOSED ORDER
v.                           :
:
FABRICE TOURRE,                    :
:
Defendant.       :
:
------------------------------------x

IT IS HEREBY ORDERED that a subpoena shall issue pursuant to 28 U.S.C. Section 1783 commanding Keith Gorman ("Mr. Gorman") to appear for testimony at trial; and

IT IS FURTHER ORDERED that counsel for Mr. Gorman accept service of the subpoena; and

IT IS FURTHER ORDERED that counsel for Mr. Tourre post a bond in the amount of $15,000 to cover reasonable travel and accommodation expenses for Mr. Gorman related to his testimony as a trial witness.

Dated: ~~June~~ July 1, 2013
New York, New York

_____
Katherine B. Forrest
United States District Judge