# Becker|Glynn

BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP

Robert C. Muffly
Richard N. Chassin
Peter M. Hosinski
Robin L. Alperstein
Richard S. Bashner
Michael J. Dougherty
Bonnie Klugman
Eric D. Kuhn
Zeb Landsman
Patrick J. O'Brien
Alec P. Ostrow
David W. Schaaf
Rachel Korn Wasserman

COUNSEL
Karin P. E. Gustafson
Jordan E. Stern

ATTORNEYS AND COUNSELORS AT LAW

299 Park Avenue
New York, New York 10171

Telephone (212) 888-3033
Facsimile (212) 888-0255
www.beckerglynn.com

OF COUNSEL
Joseph D. Becker
Chester B. Salomon
Kenneth J. Stuart
Peter Van Nuys

Harold J. G. Brunink
Jesse T. Conan
Jessica A. Dorfman
Sarah Schachne Hirschfeld
Michael D. Margulies
Andrea Marquez-Bottome
Stacey A. Mesler
Michelle R. Mufich
Prashanth Murali
William H. Newman
Anne N. Smith

Robert B. Glynn (1929-2002)
David J. Melamed (1930-1990)

July 2, 2013

**By E-mail**

Hon. Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 1007-1312
ForrestNYSDChambers@nysd.uscourts.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/4/13

Re:   **SEC v. Fabrice Tourre, 10-CV-3229 (KBF)**

Dear Judge Forrest:

This firm is personal counsel for non-party Laura Schwartz. I write to notify the Court that we intend to file a short reply brief in connection with Ms. Schwartz's motion for a protective order and to quash the non-party subpoena served upon her by defendant Fabrice Tourre (the "Motion").

The reply will principally address a material change in the status of the unrelated investigation that gave rise to the documents that are the subject of the contested subpoena. Specifically, on June 27, 2013, the day after Ms. Schwartz filed her Motion, the staff of the New York Regional Office (the "New York Staff") of the Securities and Exchange Commission (the "Commission") notified me by letter that its investigation had been completed with respect to Ms. Schwartz and that the New York Staff does not intend to recommend that the Commission initiate an enforcement action against her. The reply will also correct several material misstatements of fact made in Mr. Tourre's opposition papers.

Hon. Katherine B. Forrest
July 2, 2013
Page 2 of 2

       We will file Ms. Schwartz's reply on July 3, 2013 and provide courtesy copies to Chambers of the complete briefing on the Motion, consistent with the Court's order of June 27, 2013.

Respectfully submitted,

*Robin Alperstein*

Robin L. Alperstein

Copy (by email) to:

John P. Coffey, Esq. (seancoffey78@gmail.com)
Law Office of John P. Coffey

Pamela Rogers Chepiga, Esq. (pamela.chepiga@allenovery.com)
Allen & Overy LLP

Matthew T. Martens, Esq. (martensm@sec.gov)
Securities and Exchange Commission