

**ALLEN & OVERY**

**BY HAND DELIVERY**

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

July 2, 2013

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel        212 610 6300
Fax       212 610 6399
Direct line  212 756 1125
pamela.chepiga@allenovery.com

Re:   **SEC v. Fabrice Tourre, Case No. 10-cv-3229 (KBF)**

Dear Judge Forrest:

Together with the Law Office of John P. Coffey, we represent Defendant Fabrice Tourre in the above-referenced litigation.

In her letter to the Court earlier today, counsel for witness Laura Schwartz disclosed that on June 27, 2013 the staff of the SEC's New York Regional Office informed her that it had concluded its investigation and did not intend to recommend an enforcement action against Ms. Schwartz. Ms. Schwartz will presumably provide more details on this development in tomorrow's filing.

Although both the SEC and Ms. Schwartz knew last Thursday about the decision not to bring charges, they withheld this information from Mr. Tourre until today, the day after his deadline to respond to their motions to quash, with the consequence of denying the defense an opportunity to address this development. We respectfully request leave to file a short sur-reply to address this new information and the continued relevance of the Bias Materials. *See* enclosed excerpt from the June 10 hearing.

We regret that the movants' decision to delay notifying the Court and Mr. Tourre of this development until after our opposition had been filed has necessitated this request to further burden the Court.

Respectfully submitted,

Pamela Rogers Chepiga

*ordered*
*If you want to file anything further on this (Tourre) do so today!*
*K.B.F. USDJ 7/8/13*

Enclosure

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763 It is authorized and regulated by the Solicitors Regulation Authority of England and Wales Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Athens, Bangkok, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), London, Luxembourg, Madrid, Mannheim, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Sydney, Tokyo, Warsaw and Washington, D.C.

Copy via email:   John P. Coffey

   Matthew Martens, SEC
   Richard Simpson, SEC
   Christian Schultz, SEC
   Bridget Fitzpatrick, SEC

```
                                                                   41
        D6AJSECC                    Conference
 1              THE COURT:  I hear your point.  I have a trial I need
 2     to resume right now.  I am sorry.
 3              MR. COFFEY:  I just wanted to give you a heads-up.
 4              THE COURT:  Thank you.  As people know, I appreciate
 5     the heads-up.  I would like you folks to continue to confer
 6     about these.  Many of the things you're raising, Mr. Coffey,
 7     are issues where it is just whether or not you'll be able to
 8     elicit the truth or not.  It is not so much did you receive a
 9     Wells notice or not?  Are you under investigation from the SEC
10     or not?  Therefore, it shouldn't go into too much trial
11     strategy of revealing your questioning.  I would like you folks
12     to consider if the SEC says prior to trial that it is not
13     intending to bring a case against Ms. Schwartz, does that
14     change the analysis.
15              MR. COFFEY:  It makes it just as important because the
16     timing is very curious.  What deal was cut?  What was she
17     willing to do at trial in order to avoid being charged?  The
18     timing we have here, your Honor, is entirely in the SEC's
19     making.  They decided to give her a Wells notice in February.
20     Clearly there is a tolling agreement in place because these
21     events took place a long time ago.
22              I don't want to have to do a cross-examination where I
23     don't know what the Sword of Damocles over her head is or is it
24     a penny.  We need to know something.  We are prepared to have
25     attorney's eyes only and revisit the issue what is an
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```