```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 12 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x
SECURITIES AND EXCHANGE          :
COMMISSION,                      :   Civil Action
                                 :   No.: 10-cv-3229 (KBF)
            Plaintiff,           :
                                 :   ~~PROPOSED~~ ORDER
      v.                         :
                                 :
FABRICE TOURRE,                  :
                                 :
            Defendant.           :
                                 :
----------------------------------------x

IT IS HEREBY ORDERED that Courtroom Connect, a Southern District of New York contracted vendor, is authorized to provide parties in the above action with Internet connectivity and Remote Real Time Transcript feeds for the duration of the proceedings, set to begin on July 15, 2013. Courtroom Connect may proceed to make proper arrangements with the District Executive Office of the Court and the official court reporter. The approved attorneys and parties on the case are allowed to bring in the necessary electronic computing devices to connect to the Courtroom Connect service.

Dated: July 12, 2013
       New York, New York


                                        _____
                                        Katherine B. Forrest
                                        United States District Judge