

**ALLEN & OVERY**

BY EMAIL

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

| | |
|---|---|
| Tel | 212 610 6300 |
| Fax | 212 610 6399 |
| Direct line | 212 756 1125 |
| pamela.chepiga@allenovery.com | |

July 12, 2013

Re: <u>SEC v. Fabrice Tourre, Case No. 10-cv-3229 (KBF)</u>

Dear Judge Forrest:

Together with the Law Offices of John P. Coffey, we represent Defendant Fabrice Tourre in the above-referenced litigation. We write to request that Your Honor allow us to arrange for the provision of secure high-speed wired Internet access in the courtroom as well as remote real time transcript feed.

Subject to the Court's approval, we will retain Courtroom Connect to provide these services, a vendor who has a contract with the Southern District of New York to be the exclusive provider of Internet access for attorneys. Courtroom Connect does not require any court resources to provide service and currently maintains a network in the courthouse that is 100% independent of the Court's internal network. Set up, installation and service fees will be paid for by Mr. Tourre at no cost to the Court.

We understand from Courtroom Connect that it restricts access to its network and ensures compliance with court security and directives in the following ways:

- The network will be a hard-wired, secure physical network connection utilizing a firewall and other security provisions.

- Onsite support, maintenance, monitoring, off-site user authentication, and many other measures are provided to ensure security and reliability.

- The network is totally separate from the court's internal network; it is therefore physically impossible for information on the court's existing systems to be accessed or compromised.

Courtroom Connect will make all necessary arrangements with the Court's District Executive Office and computer networking personnel. Sumit Chatterjee (phone: 650-814-5776) from Courtroom Connect is available to answer any questions about service and can provide any additional information that you would like.

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Athens, Bangkok, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), London, Luxembourg, Madrid, Mannheim, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Sydney, Tokyo, Warsaw and Washington, D.C.

We respectfully request that the Court signed the proposed order enclosed herewith, authorizing Courtroom Connect to make the necessary arrangements with the District Executive Office of the Court.

Respectfully submitted,

*Pamela Rogers Chepiga/600*

**Pamela Rogers Chepiga**

Encl.

Copy via email:   John P. Coffey

Matthew Martens, SEC
Richard Simpson, SEC
Christian Schultz, SEC
Bridget Fitzpatrick, SEC