Court EXHIBIT 4 7/26/13

Dear Judge Forrest,

Thank you for taking such good care of us — we really appreciate your thoughtfulness, professionalism & efforts to keep things moving at such a swift pace.

— ABACUS Jury

ps. (You're Awesome!)

Tina Clemmen

Thank you — :)
Beverly Rhett

Nicole Sender

Recee Pate
Steven Zucker

Thank you for your thoughtfulness
Evelyn Liwan

Rev. Beth Glover —
Thanks for your kindness & attentiveness!