UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Securities and Exchange Commission,

    Plaintiff,      1: 10 Civ. 3229 ( KBF )
 v.

Fabrice Tourre,
    Defendant(s).
-------------------------------------------------X

## NOTE FROM JURY

## PLEASE PRINT

Message: Requesting exibit number for persnal e-mail on February 02, 2009. From Fabrice Tourre To Paulo Pellegrini. Subject: Heard through Cactus — Paulo lef Paulson.... apologize for the radio silence.

In court on 07/17/13 Plaintiff Mr Martin Time 2:00 - 2:30 pm

Print Name: Steven Zucker
Sign Name: [signature]
Date: August 1, 2013
Time: 10:20 am

### THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 2
RECEIVED ON: 8, 1, 2013
TIME RECEIVED: 10:30  [✓] a.m. / [ ] p.m.