UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Securities and Exchange Commission,

                Plaintiff,                1: 10 Civ. 3229 ( KBF )

     v.

Fabrice Tourre,
                Defendant(s).
-------------------------------------------------X

## NOTE FROM JURY

## PLEASE PRINT

Message: SECTION 17(a)(3): THE ELEMENTS PAGE 31: SECTION 4, SECOND PARAGRAPH: THE SEC ALLEGES... OF THE ABACUS 2007-AC1 NOTES AND THE GOLDMAN/ABN AND ABN/ACA CREDIT DEFAULT SWAPS.

DO WE NEED TO FIND THAT HE OPERATED AS A FRAUD OR DECEIT (error #3) FOR ALL THREE OF THOSE OR IS ANY ONE OF THEM SUFFICIENT TO FIND LIABILITY ON THIS CHARGE?

Print Name: Steven Zucker
Sign Name: [signature]
Date: August 1, 2013
Time: 10:20 am

### THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 3
RECEIVED ON: 8 , 1 , 2013
TIME RECEIVED: 10:30   [✓] a.m. / [ ] p.m.