UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
Securities and Exchange Commission,

                Plaintiff,                  1: 10 Civ. 3229 ( KBF )

      v.

Fabrice Tourre,
                Defendant(s).
-------------------------------------------------X

## NOTE FROM JURY

### PLEASE PRINT

Message: With regards to Section 17(a)(2):
1. Does Base Salary obtained by Fabrice Tourre during the time period in Question satisfy [error] satisfy the phrase "obtained money or property"?
2. Also, does any money Mr. Tourre obtained on behalf of Goldman-Sachs satisfy this phrase?

Print Name: Steven Zucker
Sign Name: [signature]
Date: August 1, 2013
Time: 10:20 am

### THE SECTION BELOW IS FOR COURT USE ONLY

COURT EXHIBIT# 4
RECEIVED ON: 8 , 1 , 2013
TIME RECEIVED: 10:30  [✓] a.m. / [ ] p.m.