UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

       -v-

FABRICE TOURRE,

                Defendant.
------------------------------------------------------------ X

Court Exhibit 6
8\1\2013

10 Civ. 3229 (KBF)

## **VERDICT**

1. With respect to the SEC's claim that defendant Fabrice Tourre violated **Section 17(a)(1)** of the Securities Act, we, the jury, find defendant Fabrice Tourre:

    Liable  ✓                 Not Liable _____

2. With respect to the SEC's claim that defendant Fabrice Tourre violated **Section 17(a)(2)** of the Securities Act, we, the jury, find defendant Fabrice Tourre:

    Liable  ✓                 Not Liable _____

3. With respect to the SEC's claim that defendant Fabrice Tourre violated **Section 17(a)(3)** of the Securities Act, we, the jury, find defendant Fabrice Tourre:

    Liable  ✓                 Not Liable _____

4. With respect to the SEC's claim that defendant Fabrice Tourre violated **Section 10(b)** of the Securities Exchange Act and **Rule 10b-5(a)**, we, the jury, find defendant Fabrice Tourre:

    Liable ✓           Not Liable _____

5. With respect to the SEC's claim that defendant Fabrice Tourre violated **Section 10(b)** of the Securities Exchange Act and **Rule 10b-5(b)**, we, the jury, find defendant Fabrice Tourre:

    Liable _____      Not Liable ✓

6. With respect to the SEC's claim that defendant Fabrice Tourre violated **Section 10(b)** of the Securities Exchange Act and **Rule 10b-5(c)**, we, the jury, find defendant Fabrice Tourre:

    Liable ✓           Not Liable _____

7. With respect to the SEC's claim that defendant Fabrice Tourre, violated **Section 20(e)** of the Securities Exchange Act, we, the jury, find defendant Fabrice Tourre:

    Liable ✓           Not Liable _____

_____
FOREPERSON

Date August 1, 2013