USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/26/13__

# ALLEN & OVERY

VIA EMAIL

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Allen & Overy LLP
1221 Avenue of the Americas
New York  NY  10020

Tel            212 610 6300
Fax           212 610 6399
Direct line   212 756 1125
pamela.chepiga@allenovery.com

August 23, 2013

Re:   **SEC v. Fabrice Tourre, Case No. 10-cv-3229 (KBF)**

Dear Judge Forrest:

We write pursuant to Your Honor's direction to submit a proposal for scheduling for post-trial proceedings in the above-referenced matter.

We respectfully submit, and the SEC concurs, that the next phase of the proceedings should be Mr. Tourre's filing of motions pursuant to Rules 50 and 59 of the Federal Rules of Civil Procedure.  The parties propose that the remedy phase would follow the Court's decision on those motions, which may affect the claims remaining to be addressed in the remedy phase.

The parties have agreed on a schedule for the briefing of those motions, with Mr. Tourre filing his opening brief on September 30, 2013, the SEC filing its opposition brief on October 30, 2013 and Mr. Tourre filing his reply brief on November 13, 2013.

With respect to the anticipated renewal of Mr. Tourre's motion pursuant to Rule 50 of the Federal Rules of Civil Procedure, which was made at the close of the SEC's case and at the close of all of the evidence, we respectfully request that the Court docket and endorse as denied for the reasons set for in the record the written motion we handed to the Court and to the SEC at the time the motion was orally presented.

Ordered: Post to docket.   8/26/13

_/s/ Katherine B. Forrest_
Katherine B. Forrest
United States District Judge

Respectfully submitted,

/s/ Pamela Rogers Chepiga

**Pamela Rogers Chepiga**

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Athens, Bangkok, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), London, Luxembourg, Madrid, Mannheim, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Sydney, Tokyo, Warsaw and Washington, D.C.

Copy via email:     John P. Coffey

                         Matthew Martens, SEC
                         Richard Simpson, SEC
                         Christian Schultz, SEC
                         Bridget Fitzpatrick, SEC