**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

SECURITIES AND EXCHANGE COMMISSION :

                                :      CASE NO. 10-cv-3229 (KBF)

                  Plaintiffs,    :

                                :

               v.                :      **NOTICE OF APPEARANCE**

                                :

GOLDMAN, SACHS & CO. and           :

FABRICE TOURRE,                    :

                 Defendants.    :

------------------------------------------------------------------------x

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

     **PLEASE TAKE NOTICE** that Laura R. Hall of Allen & Overy LLP, a member of this Court in good standing, hereby enters an appearance as counsel for the defendant Fabrice Tourre in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served on the undersigned.

Date:   New York, New York
        September 27, 2013

                            ALLEN & OVERY LLP

                            By:     /s/ Laura R. Hall
                            Laura R. Hall
                            ALLEN & OVERY LLP
                            1221 Avenue of the Americas
                            New York, NY 10020
                            Tel: 212-610-6300
                            Email: laura.hall@allenovery.com

                            *Attorney for Defendant Fabrice Tourre*