**ALLEN & OVERY**



**VIA EMAIL**

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel        212 610 6300
Fax       212 610 6399
Direct line   212 756 1125
pamela.chepiga@allenovery.com

October 2, 2013

Re:   **SEC v. Fabrice Tourre, Case No. 10-cv-3229 (KBF)**

Dear Judge Forrest:

We represent Fabrice Tourre in the above-referenced litigation.

We enclose herewith proposed errata for the trial transcript in this matter, and respectfully request that the Court approve this errata sheet. The SEC does not object to this request.

Respectfully submitted,

*Pamela Rogers Chepiga*
Pamela Rogers Chepiga

Enclosure

Copy via email:   John P. Coffey

Matthew Martens, SEC
Richard Simpson, SEC
Christian Schultz, SEC
Bridget Fitzpatrick, SEC

Ordered
Approval.

10/3/13   K. B. Forrest
          USDJ

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Athens, Bangkok, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), London, Luxembourg, Madrid, Mannheim, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Sydney, Tokyo, Warsaw and Washington, D.C.

## SEC v. Tourre
## 10-cv-3229 (KBF)

## Trial Transcript Errata

**Testimony of Dwight Jaffee**

| Page:Line | Transcript | Corrected Testimony |
|---|---|---|
| 116:11 | Emery | Emory |
| 117:9 | a | A |
| 117:13 | security | securities |
| 119:16 | basis | basics |
| 119:19 | losings | loses |
| 120:11 | I don't believe so the. | I don't believe so. |
| 122:7 | do | did |
| 122:10 | it | I |
| 130:18 | high | highest |
| 131:20 | failed | fail |
| 134:14 | Triple D | Triple B |
| 142:11 | principal | principle |
| 145:25 | security | securities |
| 149:24 | investors that cash CDO | investors in that cash CDO |
| 149:25 | worth independent | word interest |
| 158:3 | started | stated |
| 159:20 | principal | principle |
| 161:6 | notice | note is |
| 161:10 | investor | investment |
| 197:9 | fires | fire |
| 214:24 | tranches | tranche |
| 228:24 | principal | principle |
| 237:4 | restless | reckless |
| 265:11 | stocker | Stoker |
| 265:22 | BP | BB |
| 270:15 | set | said |
| 292:19-22 | Q. Yes. In that case…They make money? | Q. Yes.<br>A. In that case…of their principal eventually.<br>Q. They make money? |

1

## Testimony of Sihan Shu

| Page:Line | Transcript | Corrected Testimony |
|---|---|---|
| 311:8 | BIssu | Bissu |
| 314:6 | THE WITNESS | MR. SCHULTZ |
| 318:15 | plagues | place |
| 334:9 | Raazy | Raazi |
| 349:4 | going | growing |
| 349:5 | digit | digits |
| 350:17 | by | buy |
| 352:15 | single-named | single-name |
| 353:1 | single-named | single-name |
| 353:7 | single-named | single-name |
| 354:16 | Swiss | Suisse |
| 354:24 | log | long |
| 356:18 | single-named | single-name |
| 359:9 | ways | with |
| 360:9 | net to carry | net carry |
| 360:12 | net to carry | net carry |
| 362:13 | service | servicer |

## Testimony of Paolo Pellegrini

| Page:Line | Transcript | Corrected Testimony |
|---|---|---|
| 399:12 | by | buy |
| 399:23 | "the start deals" | the "start" deals |
| 403:24 | superior | super |
| 406:6 | give | the |
| 411:6 | can | you |
| 421:25 | Mat | Matt |
| 427:7 | Mat | Matt |
| 437:6 | manipulator | manipulated |
| 439:8 | a | an |
| 439:9 | the not | not |
| 446:6 | Eagol | Egol |
| 485:13 | this is a the | this is the |
| 501:8 | ABX | ABS |
| 501:21 | ABX | ABS |
| 502:3 | ABX | ABS |
| 503:10 | ABX | ABS |
| 503:16 | ABX | ABS |
| 503:22 | ABX | ABS |
| 504:11 | you can heard | you can be heard |
| 506:2 | 8033 | 803(3) |

2

| Page:Line | Transcript | Corrected Testimony |
|---|---|---|
| 506:11 | ABX | ABS |
| 507:2 | Jacksonville | Jackson Hole |
| 517:7 | injury | jury |
| 544:14 | Q. | [delete "Q."(continuation of answer)] |
| 572:21 | on | or |
| 591:15 | what you I think | what I think |
| 593:1 | take | tape |

**Testimony of Jonathan Egol**

| Page:Line | Transcript | Corrected Testimony |
|---|---|---|
| 665:6 | ABX | ABS |
| 665:7 | ABX | ABS |
| 665:10 | ABX | ABS |
| 665:11 | ABX | ABS |
| 670:25 | link | linked |
| 704:19 | link | linked |
| 789:9 | know | now |
| 823:19 | collateralize | collateralized |
| 828:9 | your | our |
| 854:20 | present | Mr. |
| 858:19 | who | how |
| 876:3 | inwind | unwind |
| 888:9 | supposed | to port |
| 893:19 | were | are |
| 934:11 | work corps | mortg corr |
| 934:13 | MPGCOR | Mtgcorr |
| 938:3 | buy | by |
| 948:25 | argaret | Margaret |
| 949:11 | Jsoh | Josh |
| 976:2 | adversed | adverse |
| 1031:19 | likely | lightly |
| 1037:25 | g | vetoed |

3

### Testimony of Gail Kreitman

| Page:Line | Transcript | Corrected Testimony |
|---|---|---|
| 1076:14 | any | and a |
| 1079:9 | were | with |
| 1211:2 | Mr. Schultz | The Court |
| 1243:13 | that was | that he was |
| 1312:15 | we'd | we |

### Testimony of Laura Schwartz

| Page:Line | Transcript | Corrected Testimony |
|---|---|---|
| 1499:21 | or | other |
| 1584:5 | McCable | McCabe |
| 1626:11 | bind | buy |
| 1631:5 | is | has |
| 1643:1 | RMBS's | RMBS as |
| 1657:7 | on | and |
| 1658:21 | times | tapes |
| 1667:23 | referenced | reference |
| 1673:3 | backs | backed |
| 1726:2 | wet | yet |
| 1744:14 | investor | investment |
| 1883:6 | recommitted | precommitted |
| 1894:1 | had | hadn't |

### Testimony of Alan Roseman

| Page:Line | Transcript | Corrected Testimony |
|---|---|---|
| 1361:23 | and | in |
| 1371:25 | moreover | more over |
| 1380:6 | surety | short |
| 1384:2 | ensuring | insuring |
| 1466:13 | CEO | CDO |
| 1469:16 | butch bunch | bunch |

4

**Testimony of Fabrice Tourre**

| Page:Line | Transcript | Corrected Testimony |
|---|---|---|
| 1911:8 | reconciliation | reference obligations |
| 1935:9 | two | too |
| 1948:19 | "I really know" | "I don't really know" |
| 1953:15 | structured | structure |
| 1968:14 | ACA's | ACA as |
| 1969:8 | Saturday | Asset |
| 1984:8 | an | and |
| 2061:17 | IT | my team |
| 2089:22 | AC | ACA |
| 2095:10 | Eddie | David |
| 2096:11 | Eddie | David |
| 2099:5 | so | show |
| 2143:15 | this stress | distressed |
| 2193:15 | York | Jorg |
| 2200:13 | 2010 | 2007 |
| 2205:2 | 309 | 30 |
| 2205:12 | 309 | 30 |
| 2224:23 | on | are |
| 2373:10 | Ms. Chepiga | Mr. Martens |

**Rule 50 Motions / Charge Conference / Summations / Charge**

| Page:Line | Transcript | Corrected Testimony |
|---|---|---|
| 2388:10 | do | to |
| 2406:20 | I. Don't | I don't |
| 2423:12 | AaaAAA | Aaa and AAA |
| 2437:10 | Judge | judge |
| 2441:18 | tote sheet | term sheet |
| 2443:14 | about | above |
| 2448:3 | debt | desk |
| 2449:3 | Paulson | Paulson's |
| 2449:7 | processions | processes |
| 2452:25 | selected | "selected" |
| 2453:16 | senior term sheet | term sheet |
| 2453:17 | ACA | ABN |
| 2454:12 | their | the |
| 2455:24 | and | for |
| 2457:2 | said, as to | said. As to |
| 2463:25[1] | Naftal | Naftalin |
| 2504:17 | hear | here |

---

[1] Both occurrences of the word "Naftal" in line 2463:25 should be changed to "Naftalin."

5

| Page:Line | Transcript | Corrected Testimony |
|---|---|---|
| 2506:13 | is entitled | is not entitled |
| 2506:19 | taken position | taken the position |
| 2507:1-2 | to act is supported by case law." | to act" is supported by case law. |
| 2507:13 | aware of any aware of any | aware of any |
| 2507:25 | went | when |
| 2508:22 | "conduct in effect." | conduct and effects. |
| 2509:2 | offering sale | offer and sale |
| 2514:6 | may | my |
| 2515:12 | stat | sat |
| 2629:7 | the tainting | tainting the |
| 2629:11 | party, she | party was, she |
| 2639:5 | at a time | at the time |
| 2651:8 | come | coming |
| 2657:22 | from an ACA's | from ACA's |
| 2666:18 and 2666:23 | Botnick | Bautnecht |
| 2679:1 | interest, hands aren't lined | interests aren't aligned |
| 2681:12 | may call | Non-call |
| 2685:19 | somebody is | is somebody |
| 2688:1 | information | trading |
| 2689:16 | 2007 | 2013 |
| 2700:20 | this one | none |
| 2705:17-18 | ask as so much for an email. | ask for so much as an email. |
| 2707:4 | MR. MARTENS: | MR. COFFEY: |
| 2709:4 | he did well. x | he did well. |
| 2710:20 | don't call up | don't you call up |
| 2712:20 | be a coextensive | be coextensive |
| 2713:16 | not a part | not a party |
| 2714:2 | was a TIAA-CREF | was at TIAA-CREF |
| 2718:19 | MS. CHEPIGA: | MR. COFFEY: |
| 2724:24 | Little dents. | A little dense. |
| 2778:11 | Subparts (1, | Subparts (1), |
| 2789:6 | mother money or property | money or property |
| 2794:17 | definitions initials | initial definitions |
| 2798:1 | won | one |
| 2805:15 | aided an abetted | aided and abetted |
| 2826:11 | going answer | going to answer |