UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                                     Plaintiff,

           v.

FABRICE TOURRE,

                                Defendant.

10 Civ. 3229 (KBF)

ECF Case

---

## NOTICE OF THE WITHDRAWAL
## OF MATTHEW T. MARTENS AS COUNSEL

PLEASE TAKE NOTICE that, subject to the approval of the Court, Matthew T. Martens hereby withdraws as an attorney-of-record for plaintiff Securities and Exchange Commission ("SEC") in this action. If approved by the Court, the remaining attorneys of record for the SEC will continue to represent the SEC in this matter.

Dated: Washington, D.C.
       October 3, 2013

Respectfully submitted,

/s/ *Matthew T. Martens*
Matthew T. Martens
Attorney for Plaintiff
Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-4481
martensm@sec.gov

So ordered.

10/4/13

K. B. Forrest
USDJ

## CERTIFICATE OF SERVICE

I certify that on October 3, 2013, I electronically filed the foregoing NOTICE OF THE WITHDRAWAL OF MATTHEW T. MARTENS AS COUNSEL using the CM/ECF system, which will send notification of such filing to the following email address:

Pamelachepiga@allenovery.com
Pamela Rogers Chepiga
Allen & Overy LLP
1221 Avenue of the Americas
New York, New York 10020

seancoffey78@gmail.com
John Patrick Coffey
Law Office of John P. Coffey
1350 Avenue of the Americas, 2d Floor
New York, New York 10019

Attorneys for defendant Fabrice Tourre

/s/ *Matthew T. Martens*
Matthew T. Martens