

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, N.E.
Washington, D.C. 20549-4030

**DIVISION OF
ENFORCEMENT**

                    **Bridget M. Fitzpatrick**
                    Assistant Chief Litigation Counsel
                    Telephone: (202) 551-4678
                    Facsimile:  (202) 772-9282
                    E-Mail:  fitzpatrickbr@sec.gov

October 25, 2013

**BY ECF AND ELECTRONIC MAIL**
forrestnysdchambers@nysd.uscourts.gov

Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    SEC v. Fabrice Tourre
                Case No. 10-cv-3229 (KBF)

Dear Judge Forrest:

      Pursuant to Rule 1(G) of Your Honor's Individual Practices, the Securities and Exchange Commission requests leave to file and serve a memorandum of law up to forty pages in length in opposition to defendant Fabrice Tourre's motions pursuant to Rules 50 and 59 of the Federal Rules of Civil Procedure. Mr. Tourre does not object to this request, and the Court previously granted Mr. Tourre's request for the same forty-page limit on the memorandum of law in support of his motions. (Dkt. 472). The SEC has not previously requested an extension of the page length for its memorandum of law.

                                              Respectfully,

                                              /s/ Bridget M. Fitzpatrick
                                              Bridget M. Fitzpatrick
                                              Assistant Chief Litigation
                                              Counsel

cc:    Pamela Rogers Chepiga
         John P. Coffey