USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 13 2013

# ALLEN & OVERY

VIA ECF & VIA EMAIL

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312
ForrestNYSDChambers@nysd.uscourts.gov

Allen & Overy LLP
1221 Avenue of the Americas
New York NY 10020

Tel             212 610 6300
Fax             212 610 6399
Direct line     212 756 1125
pamela.chepiga@allenovery.com

November 11, 2013

Re: **SEC v. Fabrice Tourre, Case No. 10-cv-3229 (KBF)**

Dear Judge Forrest:

We represent Fabrice Tourre in the above-referenced action. We write pursuant to Rule 1.G of Your Honor's Individual Practices in Civil Cases to request permission to file a reply memorandum of law not to exceed twenty (20) pages in length in further support of Mr. Tourre's motions pursuant to Federal Rules of Civil Procedure 50 and 59, which, pursuant to the Court's Order dated August 26, 2013, are due to be filed on November 13, 2013. Mr. Tourre previously requested permission to file a single consolidated opening memorandum of law not to exceed forty (40) pages in length. The Court granted this request on September 25, 2013. (ECF No. 472.) The Court also granted the SEC's request to file a memorandum of law up to forty (40) pages in length in opposition to Mr. Tourre's Rule 50 and 59 motions on October 28, 2013. (ECF No. 482.)

Pursuant to Your Honor's Individual Practice Rule 2.D, a reply memorandum of law is limited to ten (10) pages. Mr. Tourre respectfully requests that he be permitted to file a reply memorandum of law in support of his Rule 50 and Rule 59 motions, not to exceed twenty (20) pages in length. In light of the overlap between the two motions, and given the number of issues and the size of the trial transcript and number of trial exhibits, we respectfully submitted that it would be efficient to brief the two motions together, which we believed would allow the issues to be fully but concisely presented. The SEC does not object to this request.

Respectfully submitted,

/s/ Pamela Rogers Chepiga

**Pamela Rogers Chepiga**

*Ordered*
*Application granted.*

*K. B. Forrest*
*11/13/13  USDJ*

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Athens, Bangkok, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), London, Luxembourg, Madrid, Mannheim, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Sydney, Tokyo, Warsaw and Washington, D.C.

*The Clerk is directed to close the motion at ECF No. 485.*

Copy via email:    John P. Coffey

                          Bridget M. Fitzpatrick, SEC
                          Christian D. H. Schultz, SEC