# ALLEN & OVERY

VIA ECF & VIA EMAIL

Hon. Katherine B. Forrest
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

ForrestNYSDChambers@nysd.uscourts.gov

Allen & Overy LLP
1221 Avenue of the Americas
New York  NY  10020

Tel            212 610 6300
Fax           212 610 6399
Direct line   212 756 1125
pamela.chepiga@allenovery.com

January 28, 2014

Re:     **SEC v. Fabrice Tourre, Case No. 10-cv-3229 (KBF)**

Dear Judge Forrest:

We represent Defendant Fabrice Tourre in the above-referenced litigation.

Pursuant to Rule 1.G of Your Honor's Individual Practices in Civil Cases, and in response to the Court's order setting oral argument on the SEC's Motion for Disgorgement, Pre-Judgment Interest, Civil Monetary Penalties and Injunctive Relief for February 11, 2014 at 2:00 PM, we are writing to inform the Court that we are not available on February 11, and to request, therefore, that the Court schedule argument on a different date.  We have consulted with the SEC, and, subject, of course, to the Court's availability, can advise the Court that both parties would be available on February 20 (morning only), February 26, February 27, and February 28 (morning only).

Respectfully submitted,

/s/ Pamela Rogers Chepiga

**Pamela Rogers Chepiga**

Copy via email:      Bridget Fitzpatrick, SEC
                     Christian Schultz, SEC

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practise in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Athens, Bangkok, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), London, Luxembourg, Madrid, Mannheim, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (associated office), Rome, São Paulo, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.